■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIONEL H. BOWSER, Appellant. [627 NYS2d 970] —Appeal by the defendant from two judgments of the County Court, Dutchess County (Marlow, J.), both rendered November 10, 1994, convicting him of driving while intoxicated as a felony (two counts; one count under each information), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v*

*Gonzalez,* 47 NY2d 606). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.